IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 0 6 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-00772-BNB

TRISTA ANNE SCHIMIER,

    Plaintiff,

v.

PENROSE-ST FRANCIS HEALTH SERVICES,
M.D. KEVIN L. CRUMPTON,
M.D. HALLET N. WATZ,
CHRISTINE PAPROCKI, and
FRONT RANGE EMERGENCY SPECIALISTS,

    Defendants.

---

ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

---

Plaintiff, Trista Anne Schimier, currently resides in Denver, Colorado. On March 25, 2011, Ms. Schimier, acting *pro se*, initiated this action by filing a Complaint. Ms. Schimier's Complaint, however, does not comply with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure.

The twin purposes of a complaint are to give the opposing parties fair notice of the basis for the claims against them so that they may respond and to allow the court to conclude that the allegations, if proven, show that Ms. Schimier is entitled to relief. *See* **Monument Builders of Greater Kansas City, Inc. v. American Cemetery Ass'n of Kansas**, 891 F.2d 1473, 1480 (10th Cir. 1989). The requirements of Fed. R. Civ. P. 8 are designed to meet these purposes. *See TV Communications Network, Inc. v.*

***ESPN, Inc.***, 767 F. Supp. 1062, 1069 (D. Colo. 1991), ***aff'd***, 964 F.2d 1022 (10th Cir. 1992). Specifically, Rule 8(a) provides that a complaint "must contain (1) a short and plain statement of the grounds for the court's jurisdiction . . . ; (2) a short and plain statement of the claim showing that the pleader is entitled to relief; and (3) a demand for the relief sought . . . ." The philosophy of Rule 8(a) is reinforced by Rule 8(d)(1), which provides that "[e]ach allegation must be simple, concise, and direct." Taken together, Rules 8(a) and (d)(1) underscore the emphasis placed on clarity and brevity by the federal pleading rules. Prolix, vague, or unintelligible pleadings violate the requirements of Rule 8.

In general, Ms. Schimier alleges that the named Defendants were negligent when they failed to provide her with proper medical care on March 12, 2011. However, Ms. Schimier fails to set forth a short and plain statement of proper jurisdiction because she has failed to indicate any statutory basis for the Court's jurisdiction. Therefore, Ms. Schimier will be directed to file an Amended Complaint that complies with the pleading requirements of Rule 8. Ms. Schimier is instructed that she must identify what federal statute provides jurisdiction for this action in this Court. Ms. Schimier further is instructed that to state a claim in this Court she must state with specificity what each named defendant did to her, when they did it, how their action harmed her, and what specific legal right they violated. ***Nasious v. Two Unknown B.I.C.E. Agents***, 492 F.3d 1158, 1163 (10th Cir. 2007). Accordingly, it is

ORDERED that Ms. Schimier file **within thirty days from the date of this Order** an Amended Complaint that complies with this Order. It is

FURTHER ORDERED that the Clerk of the Court mail to Ms. Schimier, together with a copy of this Order, two copies of the Court-approved form used for filing a *pro se* Complaint. It is

FURTHER ORDERED that if Ms. Schimier fails within the time allowed to file an Amended Complaint, as directed, the action will be dismissed without further notice.

DATED April 6, 2011, at Denver, Colorado.

                                  BY THE COURT:

                                  s/ Boyd N. Boland
                                  United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00772

Trista Anne Schimier
5408 N Nevada Ave #103
Colorado Springs, CO 80918

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Complaint form** to the above-named individuals on April 6, 2011.


GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk