```
                                                                    FILED
                                                         UNITED STATES DISTRICT COURT
            IN THE UNITED STATES DISTRICT COURT                DENVER, COLORADO
                  FOR THE DISTRICT OF COLORADO
                                                                APR 26 2011
Civil Action No. 11-cv-00772-LTB
                                                            GREGORY C. LANGHAM
                                                                                CLERK
```

TRISTA ANNE SCHMIER,

    Plaintiff,

v.

PENROSE-ST FRANCIS HEALTH SERVICES,
M.D. KEVIN L. CRUMPTON,
M.D. HALLET N. WATZ,
CHRISTINE PAPROCKI, and
FRONT RANGE EMERGENCY SPECIALISTS,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by the Court on April 26, 2011, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 26th day of April, 2011.

                                  FOR THE COURT,

                                  GREGORY C. LANGHAM, Clerk

                                  By: _____
                                              Deputy Clerk